UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

      Plaintiff,

  v.                                                              Civil Action No. 25-2143 (ABJ)

U.S. DEPARTMENT OF JUSTICE,

      Defendant.

## JOINT STATUS REPORT

Pursuant to the Court's April 13, 2026 Minute Order, Plaintiff Judicial Watch and Defendant U.S. Department of Justice ("Defendant" or "the Department"), by and through undersigned counsel, hereby submits this Joint Status Report and reports as follows:

1.      Plaintiff brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking records responsive to a FOIA request dated December 2, 2024. *See generally* Compl. (ECF No. 1).

2.      As previously reported, OIP completed its initial electronic search for records, initial responsiveness and de-duplication review of potentially responsive material, and initial processing[1] of the potentially responsive material. This processed material remains pending on consultation with other Executive Branch equity holders, and OIP is actively working with equity holders to complete the consultation process. OIP intends to issue responses on a rolling basis, as the consultation process is completed.   All potentially responsive pages are pending on

---

[1]     "Processing" consists of further responsiveness review, manual de-duplication, application of the parties' scoping agreements, and application of FOIA exemption(s) to the potentially responsive records identified.

consultation with other components having equities in the records. OIP estimates there are approximately seventy-eight pages of responsive records, though this number is an estimate and subject to change.

3.      The parties respectfully request that the Court order the parties to file a further Joint Status Report on or before August 18, 2026, updating the Court on the Department's progress in responding to Plaintiff's FOIA request.

Dated: June 14, 2026                                    Respectfully submitted,

*/s/ Paul J. Orfanedes*                                  JEANINE FERRIS PIRRO
Paul J. Orfanedes                                        United States Attorney
JUDICIAL WATCH, INC.
425 Third Street, SW                            By: */s/ Stephanie R. Johnson*
Suite 800                                                    STEPHANIE R. JOHNSON
Washington, DC 20024                                DC Bar # 1632338
(202) 646-5172                                           Assistant United States Attorney
Porfanedes@judicialwatch.Org                 601 D Street, NW
                                                                  Washington, DC 20530
                                                                  (202) 252-7874
*Attorney for Plaintiff*                              Stephanie.Johnson5@usdoj.gov

                                                                  *Attorneys for the United States of America*

2